No. 1106. PAUL A. PRIMEAU, PETITIONER, *v.* OLIVE L. GRANFIELD, EXECUTRIX, ETC. May 27, 1912. Petition

for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Clarence J. Shearn* for the petitioner. *Mr. Clarence Blair Mitchell* for the respondent.